UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UZOMA JOHNPAUL AJUGWE,

Plaintiff,

v. Case No. 8:25-cv-0982-MSS-AEP

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.
_______________________________________/

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (Doc. 44), which this Court construes as a motion on entitlement to fees under Local Rule 7.01(b). By the Motion, Plaintiff argues he is entitled to attorney fees because he prevailed on the merits of his claims against federal agencies and the agencies cannot demonstrate its position was substantially justified (Doc. 44, at 8–12). Defendants filed a response acknowledging that Plaintiff's arguments on entitlement to attorney's fees is meritorious. For the following reasons, the Motion is GRANTED.

Local Rule 7.01 prescribes a bifurcated procedure for determining attorney's fees, noting that "[a] party claiming post-judgment attorney's fees and related non-taxable expenses must obtain an order determining entitlement before providing a supplemental motion on amount." M.D. Fla. R. 7.01(a). The Equal Access to Justice Act allows recovery of attorney's fees in a civil action brought against the

United States if (1) the plaintiff is the prevailing party; (2) the Government's position was not substantially justified; (3) no special circumstances make an award unjust; and (4) the application is timely and supported by an itemized statement of fees and expenses. *Scarborough v. Principi*, 541 U.S. 401, 407–08 (2004); *Jean v. Nelson*, 863 F.2d 759, 765–66 (11th Cir. 1988). Here, Plaintiff meets all the requirements for entitlement to EAJA fees, and Defendants agree as much. Accordingly, Plaintiff is entitled to attorney's fees under the EAJA.

For the foregoing reasons, it is hereby

ORDERED:

1. Plaintiff's Motion for Attorney Fees (Doc. 44), which this Court construes as a motion on entitlement to fees under Local Rule 7.01(b), is GRANTED.

2. Plaintiff shall file within thirty (30) days from entry of this Order a supplemental motion for attorney's fees and costs that complies with Local Rule 7.01(c). However, before said motion is filed, Plaintiff shall meet and confer with Defendants to determine which fees and costs, if any, Defendants are objecting to. Any disputed entry shall be notated in the motion with the coordinating reason for the objection.

DONE AND ORDERED in Tampa, Florida, on this 13th day of May 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record